**Order filed March 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01025-CV
_____

### RALPH O. DOUGLAS, Appellant

### V.

### HONORABLE BRADY G. ELLIOTT, THOMAS R. CULVER, III AND DANIEL R. SKLAR, Appellees

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-200383**

## O R D E R

Appellant's brief was due February 13, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 5, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM